IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION



FILED
04 FEB -5 PM 3:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

SLOSS-BARRY, L.P., an Alabama }
limited partnership, }
 }
    Plaintiff, }    CIVIL ACTION NO.
 }    03-AR-2560-S
v. }
 }
WILLIAM JEFF WAITES, }
 }
    Defendant. }

ENTERED
FEB 05 2004

### MEMORANDUM OPINION

The court has for consideration a motion for summary judgment filed on December 22, 2003, by plaintiff, Sloss-Barry, L.P. Defendant, William Jeff Waites, has not timely responded to the motion. Because Waites is *pro se*, the court has independently satisfied itself that there is no dispute of material fact, and that plaintiff is entitled to judgement as a matter of law. The facts found by the court in its memorandum opinion of October 2, 2003, are available to plaintiff in support of its motion for summary judgment, which addresses its claim for monetary relief in the form of statutory damages under 15 U.S.C. § 1125(d)(1), and a reasonable attorney's fee. Statutory damages in the amount of $30,000 are called for under this statute and a reasonable attorney's fee, as reflected in the uncontradicted declaration of Michael S. Denniston, is $14,587.50.



A separate order granting summary judgment will be entered.

DONE this 5th day of February, 2004.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE